# COURTROOM MINUTES
# CRIMINAL

DATE: 6/10/2016   DAY: Friday   START TIME: 2:49 PM   END TIME: 2:55 PM
JUDGE/MAG.: S. Crocker   CLERK: K. Frederickson   REPORTER: FTR
PROBATION OFFICER: R. Plender   INTERPRETER: _____   SWORN: YES ☐ NO ☐
CASE NUMBER: 16-mj-58-slc   CASE NAME: USA v. Adrian Jaimes
PROCEEDING: Initial Appearance on Criminal Complaint

**APPEARANCES:**
ASST. U.S. ATTY.: Elizabeth Altman   DEFENDANT ATTY.: Peter Moyers

DEFENDANT PRESENT:   ☒ YES   ☐ NO   ☐ EXCUSED BY COURT

Defendant detained; detention hearing set for Tuesday, June 14 at 3:00 p.m.
If grand jury returns a true bill, arraignment set for Friday, June 24 at 10:00 a.m.

TOTAL COURT TIME: 6 min.