# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
City: Nekoosa, WI
County/Parrish: Wood County

**Related Case Information:**
Docket Number: 16 CR 62 JDP
Superseding: ___
Same Defendant: ✔
New Defendant: ___
Magistrate Judge Case Number: 16-mj-58
Search Warrant Case Number: 16-mj-57
R 20 / R40 from District of: ___

**Defendant information:**
Matter to be Sealed:  Yes ___  No ✔
Def. Name: Adrian Jaimes
Alias Name:
City/State: c/o Dane County Jail
Year of Birth: 1994
Last 4 digits of SSN: 8765
Sex: M
Race: W

**U.S. Attorney Information:**
AUSA: Elizabeth Altman
Bar #:
Interperter: ✔ No   ___ Yes
List language and/or dialect:

**Location Status:**
Arrest Date: 06/10/2016
___ Already in Federal Custody as of: _____ in _____
✔ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 2
___ Petty
___ Misdemeanor
  ___ Class A
  ___ Class B
  ___ Class C
✔ Felony

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC § 2251(a) | Production of child pornography | 1 |
| Set 2 | 18 USC § 2252(a)(2) | Possession of child pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: June 22, 2016

Signature of AUSA: /s/ ELIZABETH ALTMAN