IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2016 JUN 22 PM 2:04
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 16 CR 62 JDP |
| ADRIAN JAIMES, | 18 U.S.C. § 2251(a) |
| | 28 U.S.C. § 2252(a)(2) |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

On or about August 10, 2015, in the Western District of Wisconsin, the defendant,

ADRIAN JAIMES,

knowingly and intentionally used and persuaded KV #1, a minor male born in May 2005, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and such visual depictions were transmitted using any means or facility of interstate commerce, specifically, visual depictions of the lascivious exhibition of the genitals and pubic area of KV #1 were transmitted via the internet.

(In violation of Title 18, United States Code, Section 2251(a)).

COUNT 2

On or about September 8, 2015, in the Western District of Wisconsin, the defendant,

ADRIAN JAIMES,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit

conduct, and the depiction was of such conduct, specifically, the defendant received via Kik, an internet messaging app, a visual depiction of the lascivious exhibition of the genitals and pubic area of "KV #1."

(In violation of Title 18, United States Code, Section 2252(a)(2)).

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 6/22/2016