# WARRANT OF ARREST

| United States District Court | DISTRICT: WESTERN DISTRICT OF WISCONSIN |
|---|---|
| United States of America<br><br>v.<br><br>Adrian Jaimes,<br><br>Defendant. | DOCKET NO. 16 CR 62      MAGISTRATE JUDGE CASE NO.<br><br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br><br>Adrian Jaimes<br>c/o Dane County Jail |

Warrant Issued on the Basis of:

☒ Indictment  ☐ Order of Court  ☐ Information  ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Production of child pornography.
Possession of child pornography

IN VIOLATION OF 18 USC § 2251(a); 18 USC § 2252(a)(2)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: Federal Judge/Magistrate Judge | Date Order: |
|---|---|
| Clerk of Court: Peter Oppeneer    (By) Deputy Clerk [signature] | Date Issued: 6/22/16 |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |