# WARRANT OF ARREST

| United States District Court | DISTRICT<br>WESTERN DISTRICT OF WISCONSIN | | |
|---|---|---|---|
| United States of America<br><br>v.<br><br>Adrian Jaimes,<br><br>Defendant. | DOCKET NO.<br>16 CR 62-JDP | MAGISTRATE JUDGE CASE NO. | |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Adrian Jaimes<br>c/o Dane County Jail | | |

Warrant Issued on the Basis of:

☒ Indictment   ☐ Order of Court   ☐ Information   ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                    City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Production of child pornography.
Possession of child pornography

IN VIOLATION OF 18 USC § 2251(a); 18 USC § 2252(a)(2)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge | Date Order: |
|---|---|---|
| Clerk of Court: Peter Oppeneer  (By) Deputy Clerk [signature] | | Date Issued: 6/22/16 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: 6/23/16 | Date Executed: 6/23/16 |
|---|---|
| Name and Title of Arresting Officer:<br>J. MICHAELIS   SDUSM | Signature of Arresting Officer:<br>[signature] |