# U.S. Department of Justice

*John W. Vaudreuil*
*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

*Address:*
*222 W. Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

July 1, 2016

Attorney Peter Moyers
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, WI 53703

   Re: *United States v. Adrian Jaimes*
     Case No. 16-cr-00062-jdp

Dear Attorney Moyers:

  Government discovery in the above-referenced case is contained on the enclosed disc and consists of pages bates numbered 1 – 470. This disc is encrypted and requires a password to access it. That password is being e-mailed to you today. If you have any questions, please call me at 608-264-5158.

      Very truly yours,

      JOHN W. VAUDREUIL
      United States Attorney

    By:    /s/
      ELIZABETH ALTMAN
      Assistant United States Attorney

EA/sam

Enclosure

ecf: Magistrate Judge Stephen L. Crocker
   (without enclosure)