# Jack L. & Susan C. Wesley

4710 Falcon Court – Wisconsin Rapids, WI 54494-2460

December 11, 2016

Honorable James D. Peterson
United States District Court
Western District of Wisconsin
Robert W. Kastenmeier United States Courthouse
120 North Henry Street
Madison, Wisconsin

**Re: Request for leniency for Adrian Jaimes, Case No. 16-cr-62-jdp**

Dear Judge Peterson:

We are writing to urge leniency in the sentencing of Adrian Jaimes whom we have known for the past five years. Please allow us to explain further. We first met Adrian as a waiter at the Bull's Eye Country Club in Wisconsin Rapids, WI.  He proved to be well mannered, hard-working, and competent server. Because of these personal qualities, we employed Adrian to take care of our three dogs on numerous occasions in recent years, including staying at my home for several days while the family was out of town.  He proved to be consistently reliable and trustworthy.

Please give Adrian a chance to become a productive member of society.  Thank you for considering this request for leniency.

Sincerely,

Jack and Susan Wesley

Honorable James D. Peterson  
United States District Court  
Western District of Wisconsin

Alexis Walton  
4531 Whip or Will Lane  
Wisconsin Rapids, WI 54494

December 28th, 2016

Dear Judge Peterson,

My name is Alexis Walton.  I am writing on behalf of Adrian Jaimes, who I believe to be a troubled soul, not trouble to society.
I met the Jaimes' family in approximately 2008, when I was hired at the same place of employment as Adrian's mother, Ruth Jaimes. We got to know each other very well.  I attended many of their family functions, which included holidays and just fun get-togethers. During these get-togethers, my children were in direct contact with Adrian, which included one son who is now 11, and two daughters who are now 19 and 22.  We truly were like family.

    Once we got closer, Ruth confided in me some horrific details about many cases of sexual abuse within her family.  Ruth unfortunately told me that she was abused by her own father, and several of her siblings/Adrian's aunts and uncles, were also victims. As we know, victims can often turn into offenders themselves if they don't properly deal with their own hell, and was exactly what happened with at least one of Adrian's uncles.

    I am aware that this man molested his own children, and if I remember correctly, some of Adrian's cousins.  Which leads me to believe Adrian was a victim himself.  Whether it was that particular uncle or not, someone did something to him.  I am certain of it.  Why do I have such certainty?  Because the Adrian that I know is extremely intelligent, artistic, caring, loving and would give the shirt off his back if you needed it. He was always willing to help anyone.  You would think the young man had been in Boy Scouts his whole life; that was the demeanor he presented, and respect that he showed for people.  I adored Adrian so much, that his parents and I betrothed him and my youngest daughter, jokingly of course.  Although truly hoped they would get together someday.
Although offenders can be amazing at hiding their "alter ego," I never got any indication that Adrian was ever capable of such a crime.  Let's just say that as a victim of sexual abuse and rape myself, my "radar" was never going off; especially in regards to my son.

    Adrian and my son spent quite a bit of time together. Not a ton of time alone, but enough that after these allegations (now charges) came out, I did ask my son if anyone had ever touched him inappropriately, or talked in a sexual manner to him.  Yes, I did get descriptive, but never specifically asked him if Adrian himself ever did anything. I didn't want anything said or asked of my son that could be misconstrued or misinterpreted.  I wanted him to be able to "name" a person on his own if indeed it occurred. Nothing of the sort happened.  My son and I have an amazingly close relationship, and I know he would have told me.

    With all of this being said, I know Adrian to this day as a loving young man. I love him like a son.  Am I angry he made this choice?  Of course.  I am extremely disappointed.  But I don't think someone like him should be punished to the full extent of the law.  Why?  Because I still believe him to be a victim.  And even if he wasn't sexually abused himself, he was subjected to others in his family being victims.  He grew up around it-not by choice.  And of course, not by choice of his mother and father.

I am asking the court to consider the minimal amount of sentencing and request that Adrian be put through some extensive mental health therapy.  I believe him to be capable of rehabilitation with the proper therapy and treatment.

                        I appreciate your time reading my letter.

                                  Very Truly Yours,

                                  Alexis Walton

December 27, 2016

Honorable James D. Peterson
United States District Court
Western District of Wisconsin

Dear Judge Peterson:

My name is Debra Brey. My husband, Peter and I live in Wisconsin Rapids, Wisconsin. We moved here in 2008, after living in Madison for 30 years. It was after we had lived here for about three years, that I first met Adrian Jaimes. He was hired as a staff member at Bull's Eye Country Club. While I am not a golfer, I did attend many functions at Bull's Eye, and it was always a pleasure to have Adrian be the person assigned to our table. He was always polite, respectful and very personable with all members and guests. I have to say he became a real favorite of many of the members.

I knew Adrian came from a hard working family (his father is one of the chefs at Bull's Eye) and I knew he was always interested getting "as many hours as he could". For that reason, and because he seemed to be such a great young man, I approached him about taking on the job of house and dog sitting for us when we traveled. He accepted that offer and became our "go to guy" whenever we traveled. In that role, he stayed in our home, took care of all of our pets, tended to gardening duties in the summer and shoveling in the winter. He did a great job. So much so, that our friends also began to employ him in that capacity. They were always as pleased as we were with his dedication. He successfully balanced his duties and hours at Bull's Eye with his responsibilities in our homes.

I have been shocked and saddened to hear the news of Adrian's charges. I don't know the story of what happened, but I do know that my experience with him was a very positive one. He was always prompt, always respectful with me and gentle and loving with our dogs. I would have him come back into my home in this same capacity again if it were ever possible. I am just sickened at the thought of him serving time in our criminal system, as it is nearly impossible for me to think of him as a criminal. It does appear that he made some very bad choices and therefore has consequences to pay. I so often hear of judges giving creative sentences where the accused is given a sentence that teaches him/her and benefits society. From what I know of Adrian, he is the kind of young man that could benefit from that, rather than be thrown into our prison system, where I am sure he will become a victim.

I know you have received a letter from my husband, Peter Brey. I know he indicated he would do whatever he could to try to assist and support Adrian. I want to express those same sentiments and would also ask you to consider a sentence that would still give Adrian the possibility of returning to society and becoming a productive individual.

Sincerely,

Debra Brey

December 18, 2016

Honorable James D Peterson
United States District Court
Western District of Wisconsin

Dear Judge Peterson:

My name is Peter Brey. I attended the University of Wisconsin-Madison and lived in Madison for 30 years. While in school, I was the Captain of the 1976-77 men's basketball team and the winner of the 1977 Big Ten Medal of Honor. After I graduated with my MBA I worked for Merrill Lynch for 21 years. Additionally, I became very active in helping children from the ages of 6 to 18. I was the Chairman of the Badger State Games for two years and on their board for thirteen. I was the founding Chairman of the Board for the startup of the first Boys and Girls Club in Dane County. Finally, I coached youth basketball for over thirty years.

I mention these facts to inform you that I have a long history of working and helping youth. These experiences taught me a lot in judging young people. I worked with children from all different backgrounds ranging from ages to family situations to ethnicities to economics. I believe these experiences have enhanced my abilities to evaluate all people but certainly youth in terms of character and potential.

I have been the President of Bull's Eye Country Club for the last four years. I have been on this board for eight years. As you may be aware, Adrian Jaimes worked at Bull's Eye since April 21, 2011. He started out as a busboy. Each year, he was given more responsibility as he became a waiter and finally a bartender. He was a model employee. He worked hard. He was never late. He was friendly and curious. The members of the club liked him not only as a worker but also as a person.

Personally, I also liked Adrian as a loyal employee and a quality human being. My wife and I had enough confidence in his character that we asked Adrian to house sit for us when we took our out of town trips. He was in charge of taking care of the dogs, bringing in the mail and newspapers, watering and shoveling snow. He slept in our house while we were gone. He never disappointed us. We always came home to a perfect situation. We felt that Adrian was a fine young man and we were willing to help me as he moved through his life.

Needless to say, we were stunned by the charges brought against him. I do not know the story behind his actions, but the fact that he plead out obviously means he was involved. Despite this setback, I believe strongly that Adrian can be a very positive contributor to society. His bad decision speaks for itself, but I believe this experience has been one where he will never repeat this offense or for that matter any violations of the law in the future. A long term jail sentence for such a young, good person will not be beneficial to the state or to Adrian. I would personally take him under my wing to assist him reach his potential. I ask you to give him a sentence that will allow him to serve the minimum amount of time which would allow him back into society at a young age.

Thank you for your consideration

Sincerely

Peter W Brey

Dear James Peterson,

My name is Rebecca Jaimes, 23, I am Adrian's older sister. I work at Wood County Head Start as a bus aide. I make sure the children get buckled up proparely, and get on and off the bus safely when bringing them to home or to school. I also work at Bull's Eye Country Club as a dishwasher and when needed, I help prepare food. I wouldn't have my dishwashing job if it weren't for the help of my dad and Adrian. The club needed help and I needed a job, so Adrian was willing to help train me to become a dishwasher. He was already working there by the time I got hired. He was a great teacher in teaching me what I should and shouldn't do within the club. He was a big help in making sure that I enjoyed working at my first job. It was always fun to work with him when we had to work together, he always picked on me and I might not of enjoyed it all the time, but it did make my experience wonderful. As I said before, I am Adrian's older sister, so I have known Adrian all of his life, 22 years. Although Adrian and I never really shared any personal stuff with each other, I feel like I know him fairly well. He was always there for me, even if he denied it. Adrian cared for all of his family and friends, but didn't like showing it. He did great things with his free time. He would go on road trips with friends or house sit and babysit dogs that belonged to members of the club. He absolutely loved sitting for the members, especially if it involved a dog. He was always a big dog lover. He would babysit children as well if needed and when he would be done babysitting, he would come back home with the most silliest stories I have ever heard from a babysitter. I also know that he was of big help to our parents, they got into some financial troubles years ago and he would loan them the money they needed and they would pay him back when they could. He was never afraid to speak his mind, even if he knew it would upset someone, he wouldn't intentionally do it just to upset them. He would do it so that they may learn from what the situation might have been. No matter what trouble he is in, all I know is that I still love him and that I would like to see my brother home.

Sincerely,<br>
Rebecca Jaimes

Honorable James D. Peterson
United States District Court
Western District of Wisconsin

Dear Judge Peterson:

  My name is Rochelle Reiman and I am the director of events and marketing at Bull's Eye Country Club in Wisconsin Rapids.  I have known Adrian Jaimes since 2012, or approximately four years.   We first met as co-workers at Bull's Eye in the food and beverage department.  We typically worked together 4-5 days per week during the spring/summer seasons.  We also became friends, as Adrian is very friendly and hardworking which I appreciate.  On a scale from one to ten, with ten being very well and one being not at all, I would say a 7 could rate how well I feel I know him.

  In thinking of examples to demonstrate my perspective of Adrian's character, I always come to a few core aspects.  Adrian is very thoughtful and helpful, no matter how ridiculous or serious someone's requests or needs.  He is outgoing, smart, and confident.  He is a people person and always a pleasure to be around.  He was consistently pleasant to customers and fellow employees at work, even in stressful situations.  Adrian maintains a good image and is someone new employees could look up to for help; which he gladly assisted as needed.

  Adrian is also known for helping people on vacation by watching their pets in their homes while they're away.  Adrian is trustworthy and honest when given a job such as caring for someone's family members.  I personally assisted Adrian on a view visits and saw how seriously he took his responsibilities.  I recognized Adrian's commitment to his word and his duties, and I certainly respect him for that.

  When I think of Adrian, I think of a young man; with a lot of potential, a strong work ethic, and a big heart.  Being human, I can relate to the mistakes Adrian has made and wish him the best going forward.  Thank you for your consideration of my letter.

Dear Judge Peterson:

Hi, we are Ruth and Catalino Jaimes, and we are the parents of Adrian Jaimes. I, Ruth, am a bus driver for Wood County Head Start, and Catalino is a head chef at Bulls Eye Country Club where our son worked, too.

As we have mentioned, we are Adrian's parents, so we have known him all of his life - 22 years. I, Ruth, feel as if I have known Adrian very well. We have talked many of times about personal stuff among ourselves, besides the situation he is in. We had no clue. He has come to me many of times for support and guidance with his concerns. I, Catalino, feel that I know my son very well as he grew up. We always had a good relationship between us, as father and son. When Adrian turned 15 or 16 years old he started working at the country club with me. Adrian started out as a dishwasher in the kitchen, then he moved to the dining room as a bus boy and server. Adrian has made many friends at the country club from fellow staff to private members there. He has also gone on trips with friends that he has paid for himself from working. He has been so trusted that he watched private members houses' from time to time, and he could be asked for days or even weeks.

Additionally, he has always had many of friends growing up. He's very outgoing, friendly, and honest with everyone. People always come up to us and tell us we have great children and we raised them well. They would say they are very well behaved, polite, and well mannered. Adrian has helped us in many ways in the past, from doing chores around the house to helping us financially. He has done so much for others, too. He has also had good grades, and never has been in any trouble growing up. He has had a few girlfriends in the past. There has been many of our friends and his friends that would have him watch their children or pets when they have gone out or traveled out of town. We know in our hearts that he has shown remorse even though we have not discussed this openly with Adrian. He knows he made a mistake and, yes, he did plead guilty. We all are sad for what he did, but we love him and want him to come home. We know he can get the help he needs through love and support of his family, friends, and professional help.

Sincerely,

Ruth and Catalino Jaimes