Dear Judge Peterson,

    Since June when I was taken into custody, I've had quite a lot of time to sit and think about my actions in the past. Especially to everyone who has been affected, not only the victims, but their families as well. Looking back at all the pain and suffering I've caused has really opened my eyes to the person I was and why I am where I am now.

    In the beginning I had numerous people ask me why I've remained so calm through everything with my charges and the time I could face. My answer to everyone was always the same: "I understood what I was doing was a crime, and that I was harming innocent lives, but now there's nothing I can do to change the past." Knowing that, I know what consequences lay ahead of me and how they will affect me for the rest of my life.

    None of what I'll go through compares to what the unlucky few I've chosen and their families will go through. Rebuilding their social lives, the mental stress, and the terrible memories they all now have to deal with because of my bad choices. Seeing all the trouble and grief I've caused as well as the after effects, I now know how truly corrupt a person I was, and I didn't fully realize it until I read some of the conversations between KV#1 and I. Reading just a few lines I had to quit because of how disgusted I became over what I was saying to him. I was so oblivious while talking with him that I became a twisted darker version of someone I never wish to be. If that's how I view myself now, I can only imagine how KV#1 and his family sees me.

    While reading my PSR there was one statement that stood out to me in the whole report, which was in paragraph 28 by KV#1's dad. "He hopes the defendant seeks refuge and spiritual practice, as well as redemption with positive community contributions to reverse the harm inflicted on his son and the defendant's family. He also expressed concern for the defendant's family because he understands that they are going through a difficult time as well. He hopes everyone involved can repair their hearts and work to get past this tragedy."

    After reading that statement I had to reread through it multiple times. It caught me by surprise to see some sympathy from him after what I put his son and the rest of his family through, because I know I don't deserve that sympathy from them. I know they're just words, and now they carry no meaning, but if given the chance I'd apologies to KV#1 and the rest of his family for my actions. Apologizing to them at least helps me start somewhere.

    My actions in the past haven't only affected the victims and their families but also to my family and friends as well. There's one person I always think of in my family, and that would be my younger sister. Although I missed her first year of high school I also realized I'm going to miss the day she graduates and walks across the stage in 2020.

One of the last letters I received from my family struck me pretty hard. This was the first time my little sister sent me a letter and in the end she wrote: "I wish we talked more, because I miss you. Becky tells me how you always cared for her in high school, and she said you always had her back. I've noticed mom will rock back and forth when she thinks about you. We may not always get along, but I hug her. I love her so much. Dad is much harder to care for. He always shuts down in a way and he never wants to talk. I love them both. We all miss you so dearly.

My family is usually very good at concealing our feelings when times are tough, and this is the first time I saw the full extent of how my parents feel. I've always told my mom I absolutely hate to be the reason she cries. That alone makes me despise myself for my actions in the past, and how I could even all for them in the first place.

The day I was arrested my dad told me: "Everybody makes mistakes, it's what you after them that counts." I've taken that advice. And I own up to my mistakes. Whatever happens from here I'm ready for, and I can say for certain you'll never see me make the same mistake twice. Because I've seen my past and I don't want that to follow into my future. I'm young enough that I can learn from my mistakes, I have plenty of life left to live and I'm going to take it head on, and show everyone that second chances are not taken for granted.

Thank You,

Adrian Jaimes